# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDRES MARTINEZ-ALANIZ (1),<br><br>　　　　　Defendant. | Case No. 12-CR-1705-L<br><br>JUDGMENT AND ORDER OF<br>DISMISSAL OF INDICTMENT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in Case No. 12-CR-1705-L against defendant ANDRES MARTINEZ-ALANIZ be dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 24, 2012

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　United States District Court Judge